Day, J.,
 

 dissenting. It is the opinion of the writer that the acts, with the commission of which plaintiff is charged in the criminal prosecutions herein complained of, do not come within the provisions of Sections 13063 and 13064, General Code.
 

 The facts alleged in the petition, which for the pur
 
 *468
 
 pose of tbe demurrer are to be treated as true, convince tbe writer that tbe criminal proceedings are vexatious and threaten destruction of and irreparable injury to plaintiff’s vested property rights, for tbe redress of which his remedy at law is entirely inadequate. In such case, equity should intervene and exercise its preventive powers for the purpose of affording to plaintiff adequate protection against tbe threatened barm. The fact that tbe validity of tbe statutes invoked is not challenged is wholly immaterial where the offenses charged do not come thereunder.
 

 A writ of injunction should have been issued and the judgment of the Court of Appeals should be reversed.